UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GUSTAVO MORALES,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security

                Defendant.
-----------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
08-CV-3737 (CBA)

AMON, United States District Judge:

For the reasons set forth on the record in open court on August 5, 2010, plaintiff's request for attorney fees pursuant to 28 U.S.C. § 2412(b) is denied. The Court awards plaintiff fees in the amount of $5691.71 pursuant to 28 U.S.C. § 2412(d). The Clerk of the Court is directed to enter judgment in accordance with this Order and close this case.

SO ORDERED.

Dated: Brooklyn, New York
      August 5, 2010

s/Carol Bagley Amon

Carol Bagley Amon
United States District Judge

- 1 -